HONORABLE RICHARD A. JONES

Vanessa J. Firnhaber Oslund, WSBA #38252
Justin Olson, WSBA #51332
BERGMAN OSLUND UDO LITTLE PLLC
520 Pike Street, Suite 1125
Seattle, WA 98101
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
Email: vanessa@bergmanlegal.com
　　　　justin@bergmanlegal.com
　　　　service@bergmanlegal.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA WELCH, individually and as personal representative for the Estate of DAVID J. WELCH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CRANE CO., Individually and as successor-in-interest to CHAPMAN VALVE CO. and DEMING PUMPS; and VELAN VALVE CORPORATION,<br><br>　　　　　　　Defendants. | NO.  2:22-cv-00302-RAJ<br><br>NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST DEFENDANT REDCO, f/k/a CRANE CO. |

TO:　　　　　:　　ALL PARTIES

AND TO　　:　　ALL COUNSEL

AND TO　　:　　CLERK OF THE UNITED STATES DISTRICT COURT

1    NOTICE IF HEREBY GIVEN that all claims against Defendant Redco, f/k/a Crane Co. in this action have been resolved.  All claims against all parties are now resolved in this case. The trial date and any pretrial deadlines may be stricken from the calendar.

DATED this 13th day of July 2023.

                            BERGMAN OSLUND UDO LITTLE PLLC

                            By    */s/ Justin Olson*
                                  Justin Olson, WSBA #51332
                                  520 Pike Street, Suite 1125
                                  Seattle, WA 98101
                                  Telephone: (206) 957-9510
                                  Facsimile: (206) 957-9549
                                  Email: justin@bergmanlegal.com
                                          service@bergmanlegal.com
                                  Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on this date, July 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Redco, f/k/a Crane Co.**
G. William Shaw, WSBA #8573
Ryan J. Groshong, WSBA #44133
K&L GATES
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone   (206) 623-7580
Fax       (206) 623-7022
Email    bill.shaw@klgates.com
            ryan.groshong@klgates.com
            dirk.middents@klgates.com
            se.asbestos@klgates.com

Dated at Seattle, Washington this 13th day of July 2023.

BERGMAN OSLUND UDO LITTLE PLLC

 /s/ Wil John Cabatic
Wil John Cabatic